IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 3:22-mj-445-DSC |
| ) | |
| v. ) | |
| ) | |
| (1) NELVA L. ROSETTE CAMPOS ) | |
| (2) EDGAR SANDOVAL CLEMENTE ) | |

## ORDER UNSEALING CRIMINAL COMPLAINT AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Criminal Complaint, Affidavit, and Arrest Warrants in this case be unsealed, because the need to protect the secrecy of the investigation no longer exists,

**IT IS HEREBY ORDERED** that the Criminal Complaint, Affidavit, and Arrest Warrants be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to Steven.Kaufman@usdoj.gov).

**SO ORDERED**.

Signed: September 20, 2022

David S. Cayer
United States Magistrate Judge