# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

United States of America
v.

Nelva L. Rosette Campos

Case No: 0419 3:22-CR-00235-001

USM No: 22102-510

Date of Original Judgment: 08/15/2023
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Pro se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **50** months **is reduced to** **46 months**.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 08/21/2023, shall remain in effect.

**IT IS SO ORDERED**.

Signed: April 1, 2024

Frank D. Whitney
United States District Judge

Effective Date:
*(if different from order date)*

SEALED DOCUMENT with access to All Parties/Defendants.

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Nelva L. Rosette Campos
CASE NUMBER: 3:22CR00235
DISTRICT: Western District of North Carolina

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 25          Amended Total Offense Level: 23
Criminal History Category: I              Criminal History Category: I
Previous Guideline Range: 57 to 71 months    Amended Guideline Range: 46 to 57 months

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

### III. FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a) *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*

Defendant is eligible for a sentence reduction under Amendment 821 to the United States Sentencing Guidelines because she is a qualified "Zero-Point Offender" under Section 4C1.1. Under Section 1B1.10(b)(2)(A), because the Court varied downward in imposing Defendant's original sentence, her amended term of imprisonment cannot be less than the low-end of the amended Guideline Range. The Court finds a sentence of 46 months, the low-end of the amended Guideline Range, is sufficient but not greater than necessary to serve the purposes of sentencing under 18 U.S.C. Section 3553(a).