UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CR-00235-FDW-DCK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| NELVA L. ROSETTE CAMPOS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's Motion for a Sentence Reduction (Doc. No. 83) under Amendment 821 to the United States Sentencing Guidelines. For the reasons set forth below, Defendant's Motion is **DENIED** as **MOOT**.

Defendant requested a sentence reduction under Amendment 821 to the Sentencing Guidelines, which was docketed on January 24, 2024. (Doc. No. 75.) The Court granted that motion on April 1, 2024. (Doc. No. 81.) That Order reduced Defendant's sentence from fifty months incarceration to forty-six months incarceration. (Id.) Defendant seeks the same relief in her pending Motion. Because the Court has already granted Defendant that relief, the Motion is **DENIED** as **MOOT**.

**IT IS THEREFORE ORDERED** that Defendant's Motion for a Sentence Reduction, (Doc. No. 83), is **DENIED** as **MOOT**.

**IT IS SO ORDERED.**

Signed: July 26, 2024

Frank D. Whitney
United States District Judge

SEALED DOCUMENT with access to All Parties/Defendants.

1